**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-4218M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MELVIN JAMES, | ) | |
| Defendant. | ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised probation as alleged in the petition.

IT IS ORDERED that the defendant is detained as non-compliant, pending further revocation proceedings.

DATED this 25th day of September, 2006.

_____
Mark E. Aspey
United States Magistrate Judge